# UNITED STATES BANKRUPTCY COURT

Southern District of Ohio
at Cincinnati

In re   Ericka Luchielle Copeland          Case No. 15-14293
        aka Erika L Copeland

## TRANSFER OF CLAIM SERVICING

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee Servicer hereby gives evidence and notice of the transfer of servicing for the claim referenced in this notice.

FCI Lender Services
Name of Transferee Servicer

Seneca Mortgage Servicing LLC
Name of Transferor Servicer

Name and Address where notices to Transferee
Servicer should be sent

Court Claim # (if known): **8**
Amount of Claim: **$135,125.83**
Date Claim Filed: **6/16/16**

FCI Lender Services, Inc.
PO Box 27370
Anaheim, CA 92809-0112

Phone: **800-931-2424 ext. 651**
Last Four Digits of Acct #: **7014**

Phone:_____
Last Four Digits of Acct. #: **5664**

Name and Address where Transferee Servicer
payments should be sent (if different from
above):

FCI Lender Services, Inc.
PO Box 27370
Anaheim, CA 92809-0112

Phone: **800-931-2424 ext. 651**
Last Four Digits of Acct #: **7014**

By:   /s/ Edward J. Boll III, Attorney for Creditor       Date: **2/3/2017**
     Transferee Servicer/Transferee Servicer's Agent

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Transfer of Claim- Servicing was served **electronically** on the date of filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the court and by **ordinary U.S. Mail** on February 3, 2017 addressed to:


Ericka Luchielle Copeland
8064 Debonair Ct.
Cincinnati, OH 45237


/s/ Edward J. Boll III, Case Attorney
Edward J. Boll III, Case Attorney
Lerner, Sampson & Rothfuss
Bar Registration No. 0072982
Attorneys for Creditor
PO Box 5480
Cincinnati, OH 45201-5480
(513) 241-3100 ext. 3202
(513) 354-6464 fax
sohbk@lsrlaw.com