IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN RE:
ERICKA LUCHIELLE COPELAND
8064 DEBONAIR CT
CINCINNATI, OH  45237

CASE NO. 15-14293
CHAPTER 13
JUDGE JEFFERY P. HOPKINS

Debtor
SSN(1) XXX-XX-3401
SSN(2) XXX-XX-0000

---

CHAPTER 13 TRUSTEE'S CERTIFICATION OF FINAL PAYMENT AND CASE HISTORY
IN A DISMISSED CASE INELIGIBLE FOR DISCHARGE

---

The above case having been dismissed on Jan 18, 2018, the Trustee has filed this Certification of Final Payment and Case History and has attached a detailed record of all receipts and disbursements.  A review of the case file at the Bankruptcy Court did not reveal any filed proofs of claims other than as herein set forth.

A FINAL REPORT will be filed with the Court after all checks issued by the Trustee have been paid.  That report will account for any receipts and disbursements since the issuance of the Certification of Final Payment and Case History.

1. The case was filed on Nov 05, 2015 and confirmed on Jan 28, 2016. The case is submitted for closing as DISMISSED.
2. The amount paid to the Trustee by or on behalf of the debtor(s) was $47,642.00.

3. The Trustee made disbursements to the creditor(s) listed below:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | PRINCIPAL PD | INTEREST PD | BALANCE DUE |
|---|---|---|---|---|---|
| CALIBER HOME LOANS, INC. | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #:  0001    Dividend Paid: 15.00%    Interest Rate: .00%  COMMENT:  2nd MTG-ORDER TO VOID LIEN | | | | | |
| CALIBER HOME LOANS, INC. | NOTICE ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #:  0002    Dividend Paid: .00%    Interest Rate: .00% | | | | | |
| SIMM ASSOCIATES, INC. | NOTICE ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #:  0003    Dividend Paid: .00%    Interest Rate: .00% | | | | | |
| FCI LENDER SERVICES, INC. | MORTGAGE ARREARS | $50,786.97 | $14,409.34 | $0.00 | $36,377.63 |
| Clm #:  0004    Dividend Paid: 100.00%    Interest Rate: .00%  COMMENT: 8064 DEBORNAIR COURT | | | | | |
| FCI LENDER SERVICES, INC. | ONGOING MORTGAGE | $7,369.95 | $7,369.95 | $0.00 | $0.00 |
| Clm #:  0005    Dividend Paid: 100.00%    Interest Rate: .00%  COMMENT:  DECEMBER 2015-JUNE 2016 -8064 DEBORNAIR CT | | | | | |
| THIRD FEDERAL SAVINGS AND LOAN | UNSECURED CREDITOR | $35,769.59 | $0.00 | $0.00 | $5,365.44 |
| Clm #:  0006    Dividend Paid: 15.00%    Interest Rate: .00% | | | | | |
| CITY OF FOREST PARK | UNSECURED CREDITOR | $6,238.83 | $0.00 | $0.00 | $935.82 |
| Clm #:  0007    Dividend Paid: 15.00%    Interest Rate: .00%  COMMENT:  ORDER TO VOID LIEN | | | | | |
| HAMILTON COUNTY TREASURER | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #:  0008    Dividend Paid: 100.00%    Interest Rate: .00% | | | | | |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | PRINCIPAL PD | INTEREST PD | BALANCE DUE |
|---|---|---|---|---|---|
| CENTRAL CREDIT SERVICES, INC. | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0009 | Dividend Paid: 15.00% | Interest Rate: .00% | | | |
| U.S. DEPARTMENT OF EDUCATION | UNSECURED CREDITOR | $21,975.01 | $0.00 | $0.00 | $3,296.25 |
| Clm #: 0010 | Dividend Paid: 15.00% | Interest Rate: .00% | | | |
| FFCC COLUMBUS | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0011 | Dividend Paid: 15.00% | Interest Rate: .00% | | | |
| FFCC COLUMBUS | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0012 | Dividend Paid: 15.00% | Interest Rate: .00% | | | |
| FFCC COLUMBUS | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0013 | Dividend Paid: 15.00% | Interest Rate: .00% | | | |
| FFCC COLUMBUS | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0014 | Dividend Paid: 15.00% | Interest Rate: .00% | | | |
| ECMC | UNSECURED CREDITOR | $97,942.60 | $0.00 | $0.00 | $14,691.39 |
| Clm #: 0015 | Dividend Paid: 15.00% | Interest Rate: .00% | | | |
| GREAT LAKES HIGHER ED. CORP. | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0016 | Dividend Paid: 15.00% | Interest Rate: .00% | | | |
| GREAT LAKES HIGHER ED. CORP. | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0017 | Dividend Paid: 15.00% | Interest Rate: .00% | | | |
| GREAT LAKES HIGHER ED. CORP. | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0018 | Dividend Paid: 15.00% | Interest Rate: .00% | | | |
| GREAT LAKES HIGHER ED. CORP. | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0019 | Dividend Paid: 15.00% | Interest Rate: .00% | | | |
| GREAT LAKES HIGHER ED. CORP. | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0020 | Dividend Paid: 15.00% | Interest Rate: .00% | | | |
| GREAT LAKES HIGHER ED. CORP. | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0021 | Dividend Paid: 15.00% | Interest Rate: .00% | | | |
| GREAT LAKES HIGHER ED. CORP. | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0022 | Dividend Paid: 15.00% | Interest Rate: .00% | | | |
| GLOBAL CONTROL, INC. | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0023 | Dividend Paid: 15.00% | Interest Rate: .00% | | | |
| MERCY MEDICAL ASSOCIATES | UNSECURED CREDITOR | $202.30 | $0.00 | $0.00 | $30.35 |
| Clm #: 0024 | Dividend Paid: 15.00% | Interest Rate: .00% | | | |
| QUEST DIAGNOSTICS | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0025 | Dividend Paid: 15.00% | Interest Rate: .00% | | | |
| TRIHEALTH | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0026 | Dividend Paid: 15.00% | Interest Rate: .00% | | | |
| UNIQUE NATIONAL COLLECTON | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0027 | Dividend Paid: 15.00% | Interest Rate: .00% | | | |
| LERNER, SAMPSON & ROTHFUSS | NOTICE ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0028 | Dividend Paid: .00% | Interest Rate: .00% | | | |
| COMMENT: SENECA MORTGAGE | | | | | |
| CITY OF FOREST PARK | UNSECURED CREDITOR | $1,168.83 | $0.00 | $0.00 | $175.32 |
| Clm #: 0030 | Dividend Paid: 15.00% | Interest Rate: .00% | | | |
| HAMILTON COUNTY TREASURER | DIRECT PAY | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0031 | Dividend Paid: 100.00% | Interest Rate: .00% | | | |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | PRINCIPAL PD | INTEREST PD | BALANCE DUE |
|---|---|---|---|---|---|
| FCI LENDER SERVICES, INC. | ONGOING MORTGAGE | $19,440.36 | $19,440.36 | $0.00 | $0.00 |
| Clm #: 0032 | Dividend Paid: 100.00% | Interest Rate: .00% | | | |
| COMMENT: 8064 DEBORNAIR CT-JULY 2016-DECEMBER 2017 | | | | | |
| FCI LENDER SERVICES, INC. | ONGOING MORTGAGE | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0033 | Dividend Paid: 100.00% | Interest Rate: .00% | | | |
| COMMENT: BEGIN JANUARY 2018 | | | | | |

4. Summary of Disbursements:

| | SECURED | PRIORITY | UNSECURED | CONT DEBTS | TOTAL |
|---|---|---|---|---|---|
| CLAIM AMT | $77,597.28 | $0.00 | $163,297.16 | $0.00 | $240,894.44 |
| PRIN. PAID | $41,219.65 | $0.00 | $0.00 | $0.00 | $41,219.65 |
| INT. PAID | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

5. Costs of Administration:

The clerk was paid $0.00 through the plan for the filing fee.
The debtor(s)' attorney was allowed $3,950.00 and was paid $3,950.00.
The Trustee was paid $2,466.93 pursuant to 11 U.S.C. 1302.
The Trustee was paid $5.42 for administrative notice fees.
The debtor(s) were charged $0.00 for NSF items.
Refunds to the debtor(s) and/or new trustee total $0.00.

6. When relief from stay is granted, or the claim has otherwise been paid, the claim balance due will be reflected as zero.

## CERTIFICATION AND OPPORTUNITY TO OBJECT

NOTICE is hereby given that if an interested party desires to object to the accounting or to any part thereof they must file an objection and a request for hearing within twenty one (21) days of the service of this Certification or the Court will close the estate and the Trustee and the surety will be released on the Trustee's bond. Any objection must set forth with specificity the facts on which the objection is based and be served on the Trustee, debtor(s), and debtor(s)' attorney.

A Trustee's Final Report and Notice to Clerk That Case Can Be Closed will be filed with the Court after all checks issued by the Trustee have been paid. Creditors - No notice will be given of the filing of the Final Report as this notice is intended to comply with 11 U.S.C. section 1302(b)(1).

MARGARET A. BURKS, Chapter 13 Trustee, does hereby certify the estate has been fully administered except for any uncleared checks issued by the Trustee and that the attached is an accounting of all receipts and disbursements made herein as of the date of the issuance of this Trustee's Certification of Final Payment and Case History.

                Respectfully submitted,

/s/    Margaret A. Burks, Esq.
       Margaret A. Burks, Esq.
       Chapter 13 Trustee
       Attorney No. OH 0030377

       Francis J. DiCesare, Esq.
       Staff Attorney
       Attorney No. OH 0038798

       Karolina F. Perr, Esq.
       Staff Attorney
       Attorney Reg No. OH 0066193

       600 Vine Street, Suite 2200
       Cincinnati, OH 45202
       (513) 621-4488
       (513) 621 2643 (Facsimile)
       mburks@cinn13.org - Correspondence only
       fdicesare@cinn13.org
       kperr@cinn13.org

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Trustee's Certification of Final Payment and Case History was served (i) **electronically** on the date of filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the court and (ii) by **ordinary U.S. Mail** on January 22, 2018 addressed to:

Debtor(s)
ERICKA LUCHIELLE
COPELAND
8064 DEBONAIR CT
CINCINNATI, OH  45237

                                                            /s/    Margaret A. Burks, Esq.
                                                                    Margaret A. Burks, Esq.